UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.    EDCV 17-1249-MWF (KS)                                Date: October 1, 2018

Title    *Hector Ayala v. Brandon Price*

Present: The Honorable:    Karen L. Stevenson, United States Magistrate Judge

|  Gay Roberson  | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On June 14, 2017, Petitioner, a California state prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus ("Petition"). (Dkt. No. 1.) On June 20, 2017, the Petition was transferred to the Central District (Dkt. No. 2) and on April 25, 2018, the Petition was transferred to the calendar of United States Magistrate Judge Karen L. Stevenson (Dkt. No. 6).

On May 1, 2018, the Court informed Petitioner that the Petition appeared to be barred by the statute of limitations. (Dkt. No. 7.) The Court ordered Petitioner to file, no later than June 1, 2018, a First Amended Petition that included specific factual allegations demonstrating that either the Petition is timely or that Petitioner is entitled to equitable tolling. (*Id.*) Petitioner then sought, and received, multiple extensions of time. (*See* Dkt. Nos. 8-18.) Finally, on July 18, 2018, the Court ordered Petitioner to file the First Amended Petition no later than August 11, 2018 and cautioned that no further extensions of time would be granted. (Dkt. No. 18.)

When Petitioner missed the August 11, 2018 deadline, the Court ordered Petitioner to show cause, no later than September 18, 2018, why the action should not be dismissed for failure to prosecute, Petitioner filed a motion for appointment of counsel. (Dkt. No. 20.) The Court denied the motion on September 26, 2018. (Dkt. No. 22.)

In light of the foregoing, Petitioner is granted one <u>final</u> opportunity to avoid dismissal for failure to prosecute. Accordingly, IT IS HEREBY ORDERED that, no later than October 22, 2018, Petitioner shall file either: a First Amended Petition establishing timeliness; or a signed document entitled Notice of Voluntary Dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   EDCV 17-1249-MWF (KS)                                    Date: October 1, 2018

Title      *Hector Ayala v. Brandon Price*

    **The Clerk is directed to send Petitioner a copy of CV-09, the Central District's form Notice of Voluntary Dismissal.**

    **Petitioner is advised that his failure to timely comply with this Order may result in the dismissal of this action pursuant to Rule 41 of the Federal rules of Civil Procedure.**

    **IT IS SO ORDERED**.

|  | : |
|---|---|
| **Initials of Preparer** | gr |